# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PEOPLE'S ELECTRIC COOPERATIVE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WESTERN FARMERS ELECTRIC )<br>COOPERATIVE, )<br>)<br>Defendant. ) | Case No. CIV-09-1129-HE |

**ENTER ORDER:**

     A settlement conference was held on March 15, 2012, before Judge Valerie K. Couch. Kent Meyers and Evan Vincent appeared as trial counsel for Plaintiff. Michael McClintock and Dan Loeffler appeared as trial counsel for Defendant. The case settled. The parties request the entry of a 30-day administrative closing order.

ABOVE ORDER ENTERED BY DIRECTION OF UNITED STATES MAGISTRATE JUDGE VALERIE K. COUCH.


                                    ROBERT D. DENNIS, Clerk

                                By:    /s/ Cheryl Howell
                                          Deputy

Date: 03/19/12

copies to:    All Counsel of Record
                Judge Joe Heaton
                Janet Wright, Courtroom Deputy
                Marcia Davis, ADR Coordinator